AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

46 U.S.C. § 2302(c) -Operating a Vessel Under the Influence of Alcohol

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year prison, fine of $100,000, 1 year supervised release, $25 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ VADIM HUMENYUK

DISTRICT COURT NUMBER
CR 19 0687 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Coast Guard

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Alexandra Shepard, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: Defendant (a Ukrainian national) is preparing to depart the United States on a 7pm flight on December 12.

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

DEC 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 19 0687

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VADIM HUMENYUK,<br><br>　　　　Defendant. | CASE NO.<br><br>VIOLATION:<br>46 U.S.C. § 2302(c)(2) – Operating a Vessel Under the Influence of Alcohol (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

1.　　The RAINBOW QUEST is a Gibraltar-flagged bulk cargo ship approximately 590 feet in length and weighing approximately 22,549 tons unloaded.

2.　　VADIM HUMENYUK is a citizen of Ukraine. On or about December 10, 2019, he was the Master of the RAINBOW QUEST. As Master, HUMENYUK was the head officer of the RAINBOW QUEST.

3.　　On December 10, 2019, the RAINBOW QUEST received fuel at anchor in San Francisco Bay. On the evening of December 10, 2019, the RAINBOW QUEST was scheduled to depart San Francisco Bay for the Republic of Korea.

COUNT ONE: (46 U.S.C. § 2302(c)(2) – Operating a Vessel Under the Influence of Alcohol)

4. On or about December 10, 2019, in San Francisco Bay in the Northern District of California, the defendant,

VADIM HUMENYUK,

was operating a vessel other than a recreational vessel while under the influence of alcohol, as determined under the standards prescribed in Title 33, Code of Federal Regulations, Section 95.020, that is, the defendant operated said vessel while having a blood alcohol concentration of .04 percent or more, by weight, and the effect of the alcohol consumed by the defendant on the defendant's manner, disposition, speech, muscular movement, general appearance and behavior was apparent by observation, in violation of Title 46, United States Code, Section 2302(c), a Class A Misdemeanor.

DATED: December 12, 2019.

DAVID L. ANDERSON
United States Attorney

_____
ALEXANDRA SHEPARD
Special Assistant United States Attorney